## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC., et al.,

        *Plaintiffs,*

  v.

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, et al.,

        *Defendants.*

**Case No. 1:20-cv-03812-APM**

**PLAINTIFFS' MOTION FOR A STAY OF EFFECTIVE DATES UNDER 5 U.S.C. § 705
OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

Plaintiffs Catholic Legal Immigration Network, Inc., Community Legal Services in East
Palo Alto, KIND, Inc., and Coalition for Humane Immigrant Rights of Los Angeles hereby move
this Court, pursuant to Fed. R. Civ. P. 65(a) and Local Rule 65.1, for an order:

1)    STAYING, pursuant to 5 U.S.C. § 705, the effective date of the Final Rule titled
Executive Office for Immigration Review; Fee Review, 85 Fed. Reg. 82,750 (Dec.
18, 2020) (the "Final Rule"), and any implementation thereof, in its entirety
pending final adjudication of this action;

2)    ENJOINING, pursuant to Fed. R. Civ. P. 65(a) and 65(d)(2), all Defendants and all
persons in active concert or participation with them, from implementing or
enforcing the Final Rule pending final adjudication of this action; and

3)    GRANTING such other and further relief in favor of Plaintiffs and against
Defendants as this Court deems just and proper.

Plaintiffs meet the test for issuance of preliminary relief.  The Final Rule challenged in this
case would raise up to eight-fold the fees that individuals must pay in order to file the applications,

motions, and appeals they need to defend themselves from deportation in Removal Proceedings brought by the government.  It is scheduled to take effect on January 19, 2021.

Defendant the Executive Office for Immigration Review ("EOIR") has been, and is, fully funded by congressional appropriation.  Nonetheless, after more than 30 years without increasing fees that respondents must pay for filings in Removal Proceedings, Defendants proposed and issued the Final Rule to increase fees dramatically.  Defendants promulgated the Final Rule in violation of substantive and procedural rules, and a preliminary injunction is necessary to protect Plaintiffs, respondents in Removal Proceedings, and their families and communities from irreparable harm that would ensue if the Final Rule were to take effect.

As explained in the accompanying Memorandum of Points and Authorities, Plaintiffs are likely to succeed on the merits of Counts I through IV.  The Final Rule is arbitrary or capricious, and violates the standards for reasoned decision-making required by the Administrative Procedure Act (Count I); Defendants' rulemaking procedure failed to provide an adequate comment period by limiting the public's opportunity to comment to just 30 days at the start of the COVID-19 pandemic (Count II); Defendants denied the public the opportunity to understand and comment on the rule as proposed by withholding the methodology and data from the "comprehensive study" on which they purportedly based their fee proposal and by engaging in staggered rulemaking that concealed the full impact of the rule as proposed (Count III); and Defendants did not acknowledge that the Final Rule would have an impact on small entities, including three Plaintiffs here, let alone analyze that impact—as required under the Regulatory Flexibility Act, 5 U.S.C. § 601 *et seq.* (Count IV).

Finally, the balance of equities favor Plaintiffs in this matter.  Plaintiffs and their members will suffer irreparable harm if the Final Rule takes effect.  In contrast, preliminary relief until

adjudication on the merits will result in the government simply continuing to operate under the system that has been the status quo for decades.

Pursuant to Local Civil Rule 65.1(d), Plaintiffs request that this motion be heard on an expedited basis so that Plaintiffs' irreparable harm may be averted before the January 19, 2021 effective date of the Final Rule, and addressed as quickly as possible.

Plaintiffs' counsel is not yet aware of who Defendants' counsel in this action will be, and have thus been unable to meet and confer regarding this motion. *See* Local Civ. R. 7(m). Plaintiffs are in the process of serving this motion consistent with the Federal Rules of Civil Procedure. Once counsel is identified, Plaintiffs' counsel is prepared to meet and confer with counsel for Defendants, if the Court so directs, to agree on a briefing schedule.

Plaintiffs support this application with the Complaint (ECF 1), the Memorandum of Points and Authorities filed concurrently with this Motion, and the accompanying Declarations of Adina Appelbaum, executed on December 30, 2020; Mikhael Borgonos, executed on December 23, 2020; Casey Bryant, executed on December 29, 2020; Jason Scott Camilo, executed on December 24, 2020; Michelle N. Mendez, executed on December 30, 2020; Maria Odom, executed on December 24, 2020; Michelle M. Ortiz, executed on December 22, 2020; Jehan Laner Romero,

//

//

//

//

//

//

//

executed on December 23, 2020; Angelica Salas, executed on December 23, 2020; and Cristina dos Santos, executed on December 28, 2020.

Dated: December 30, 2020                    Respectfully submitted,

                                            By:   */s/ Vladimir J. Semendyai*
                                                  Vladimir J. Semendyai

                                                  Richard W. Mark
                                                        *(admission pending)*
                                                  Joseph Evall
                                                        *(admission pending)*
                                                  Katherine Marquart (D.C. Bar No. 1044618)
                                                  Julianne L. Duran (*pro hac vice*)
                                                  Laura C. Mumm (D.C. Bar No. 1032245)
                                                        *(admission pending)*
                                                  Alexandra Perloff-Giles (*pro hac vice*)
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  200 Park Avenue
                                                  New York, NY 10166-0193
                                                  Tel: (212) 351-4000
                                                  Fax: (212) 351-4035
                                                  rmark@gibsondunn.com
                                                  jevall@gibsondunn.com
                                                  kmarquart@gibsondunn.com
                                                  jduran@gibsondunn.com
                                                  lmumm@gibsondunn.com
                                                  aperloff-giles@gibsondunn.com

                                                  Vladimir J. Semendyai (D.C. Bar No. 1044217)
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  1050 Connecticut Avenue, N.W.
                                                  Washington, DC 20036-5306
                                                  Tel: (202) 955-8500
                                                  Fax: (202) 467-0539
                                                  vsemendyai@gibsondunn.com

                                                  Anthony Moreno (*pro hac vice*)
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  555 Mission Street
                                                  Suite 3000
                                                  San Francisco, CA 94105-0921
                                                  Tel: (415) 393-8200
                                                  Fax: (415) 393-8306
                                                  amoreno@gibsondunn.com

Robin Goldfaden (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
goldfaden@nilc.org

Michelle Lapointe (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Tel: (213) 279-2508
Fax: (213) 639-3911
lapointe@nilc.org

Katherine Melloy Goettel (*pro hac vice*)
Emma Winger (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Tel: (202) 507-7512
Fax: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Counsel for Plaintiffs Catholic Legal Immigration
Network, Inc., Community Legal Services in East
Palo Alto, KIND, Inc., and Coalition for Humane
Immigrant Rights of Los Angeles*