**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, KIND, INC., d/b/a KIDS IN NEED OF DEFENSE, and COALITION FOR HUMANE IMMIGRANT RIGHTS, *Plaintiffs,* v. EXECUTIVE OFFICE OF IMMIGRATION REVIEW, JAMES MCHENRY, in His official capacity as DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. DEPARTMENT OF JUSTICE, and MONTY WILKINSON,[1] in his official capacity as ACTING ATTORNEY GENERAL OF THE UNITED STATES, *Defendants.* | Case No.  1:20-cv-03812-APM |

**JOINT STATUS REPORT REGARDING SCHEDULING**

The parties submit this Joint Status Report in response to the Court's order directing the parties to meet and confer and submit a "proposed schedule for further proceedings in this matter."  ECF No. 34.  In response to the Court's order, on January 25, 2021, the parties conferred by telephone, and state as follows:

On January 20, 2021, new leadership assumed responsibility for the U.S. Department of Justice ("the Department"), and effective January 31, 2021, the Executive Office for Immigration Review will also be under new leadership.  The parties agree that a stay of all proceedings in this

---

[1] Monty Wilkinson has been substituted for Jeffrey A. Rosen as defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

case through April 2, 2021, is warranted to afford Defendants' new leadership sufficient time to become familiar with the issues in this case.  Accordingly, the parties jointly and respectfully request that all proceedings in this lawsuit, including the deadline for Defendants to respond to Plaintiffs' Complaint, currently set for February 27, 2021, be stayed through April 2, 2021, when the parties will file a further joint status report proposing a schedule for further proceedings in this case.

Dated:  January 27, 2021

Respectfully submitted,

***Counsel for Plaintiffs***

/s/ *Vladimir J. Semendyai*
Vladimir J. Semendyai

Richard W. Mark (*pro hac vice*)
(*admission pending*)
Joseph Evall (*pro hac vice*)
(*admission pending*)
Katherine Marquart (
D.C. Bar No. 1044618)
Julianne L. Duran (*pro hac vice*)
Laura C. Mumm
(D.C. Bar No. 1032245) (*admission pending*)
Alexandra Perloff-Giles (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
rmark@gibsondunn.com
jevall@gibsondunn.com
kmarquart@gibsondunn.com
jduran@gibsondunn.com
lmumm@gibsondunn.com
aperloff-giles@gibsondunn.com

***Counsel for Defendants***

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS
DC Bar No. 1021298
Senior Trial Counsel

JAMES R. POWERS
TX Bar No. 24092989
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

Vladimir J. Semendyai
 (D.C. Bar No. 1044217)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:  (202) 955-8500
Fax: (202) 467-0539
vsemendyai@gibsondunn.com

Anthony Moreno (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
Tel: (415) 393-8200
Fax: (415) 393-8306
amoreno@gibsondunn.com

Robin Goldfaden (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
goldfaden@nilc.org

Michelle Lapointe (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Tel: (213) 279-2508
Fax: (213) 639-3911
lapointe@nilc.org

Katherine Melloy Goettel (*pro hac vice*)
Emma Winger (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Tel: (202) 507-7512
Fax: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org