IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, KIND, INC., d/b/a KIDS IN NEED OF DEFENSE, and COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, JEAN KING, in her official capacity as ACTING DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>*Defendants.* | Case No.  1:20-cv-03812-APM |

**JOINT STATUS REPORT REGARDING SCHEDULING**

The parties submit this joint status report pursuant to the Court's April 5, 2021 minute order:

1.  As explained in the parties' April 2, 2021 joint status report, ECF No. 37, Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), directed defendant the Attorney General to undertake a review of, among other things, the Final Rule at issue in this litigation—Department of Justice, Executive Office for Immigration Review, *Executive Office for Immigration Review; Fee Review*, 85 Fed. Reg. 82,750 (Dec. 18, 2020) ("Final Rule"). The Department of Justice ("DOJ") has prepared recommendations for further regulatory action and submitted a plan to the White House consistent with the EO.

2.  Additionally, earlier this month, the Office of Management and Budget, Office of

Information and Regulatory Affairs released the Spring 2021 Unified Agenda of Regulatory and Deregulatory Actions ("Unified Agenda"). The Unified Agenda reports on the actions administrative agencies plan to issue in the near and long term. The Unified Agenda contains an entry relating to the Final Rule, which states that DOJ "proposes to rescind or modify various portions of the [Final Rule]" and hopes to publish a Notice of Proposed Rulemaking ("NPRM") to that effect in August 2021. *See* Office of Management & Budget, Office of Information & Regulatory Affairs, Unified Agenda of Regulatory and Deregulatory Actions (Spring 2021), RIN 1125-AB19, https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB19 (last accessed June 29, 2021).

3.  In light of this Court's January 18, 2021 Memorandum Opinion and Order, ECF No. 34, staying the effective date of the Final Rule with respect to six identified fees, *see* ECF No. 34 at 35, and preliminarily enjoining defendants from "implementing or enforcing the [six identified] fees pending final adjudication of this action"; the EO, and the actions taken by defendants consistent with the EO; and in the interests of judicial economy, the parties have conferred and agreed to jointly request that the Court stay this case and hold all proceedings in abeyance to allow for further regulatory development related to the Final Rule.

4.  Additionally, the parties jointly request that, should the case be stayed to allow for further regulatory development related to the Final Rule, the parties be permitted to file a joint status report on or before August 31, 2021, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: June 30, 2021                                         Respectfully submitted,

**Counsel for Plaintiffs**                                   **Counsel for Defendants**

/s/ *Vladimir J. Semendyai*                                  BRIAN M. BOYNTON
Vladimir J. Semendyai                                        Acting Assistant Attorney General

Richard W. Mark (*pro hac vice*)                             BRIGHAM J. BOWEN
Joseph Evall (*pro hac vice*)                                Assistant Branch Director
Katherine Marquart (D.C. Bar No. 1044618)                    Federal Programs Branch

| | |
|---|---|
| Laura C. Mumm<br>(D.C. Bar No. 1032245)<br>Alexandra Perloff-Giles (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>rmark@gibsondunn.com<br>jevall@gibsondunn.com<br>kmarquart@gibsondunn.com<br>lmumm@gibsondunn.com<br>aperloff-giles@gibsondunn.com | /s/ *Julie Straus Harris*<br>JULIE STRAUS HARRIS<br>DC Bar No. 1021298<br>Senior Trial Counsel<br><br>JAMES R. POWERS<br>TX Bar No. 24092989<br>Trial Attorney<br><br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel: (202) 353-7633<br>Fax: (202) 616-8470<br>Email: julie.strausharris@usdoj.gov |

Vladimir J. Semendyai
 (D.C. Bar No. 1044217)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:  (202) 955-8500
Fax: (202) 467-0539
vsemendyai@gibsondunn.com

Robin Goldfaden (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
goldfaden@nilc.org

Michelle Lapointe (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Tel: (213) 279-2508
Fax: (213) 639-3911
lapointe@nilc.org

Katherine Melloy Goettel (*pro hac vice*)
Emma Winger (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Tel: (202) 507-7512
Fax: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org