IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., COMMUNITY LEGAL SERVICES IN EAST PALO ALTO, KIND, INC., d/b/a KIDS IN NEED OF DEFENSE, and COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>                *Plaintiffs,*<br><br>    v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, JEAN KING, in her official capacity as ACTING DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>                *Defendants.* | Case No. 1:20-cv-03812-APM |

**JOINT STATUS REPORT REGARDING SCHEDULING**

The parties submit this joint status report pursuant to the Court's August 31, 2021 minute order:

1. As explained in the parties' April 2, 2021 joint status report, ECF No. 37, Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), directed defendant the Attorney General to undertake a review of, among other things, the Final Rule at issue in this litigation—Department of Justice, Executive Office for Immigration Review, *Executive Office for Immigration Review; Fee Review*, 85 Fed. Reg. 82,750 (Dec. 18, 2020) ("Final Rule"). The Department of Justice ("DOJ") previously represented that it had prepared recommendations for further regulatory action and submitted a plan to the White House consistent with the EO.

1

2.      As explained in the parties' June 30, 2021 joint status report, ECF No. 39, in June, the Office of Management and Budget, Office of Information and Regulatory Affairs released the Spring 2021 Unified Agenda of Regulatory and Deregulatory Actions ("Spring 2021 Unified Agenda"). The Unified Agenda – typically published twice yearly in Spring and Fall – reports on the actions administrative agencies plan to issue in the near and long term. The Spring 2021 Unified Agenda contained an entry relating to the Final Rule, which stated that DOJ "proposes to rescind or modify various portions of the [Final Rule]" and hoped to publish a Notice of Proposed Rulemaking ("NPRM") to that effect in August 2021. *See* Office of Management & Budget, Office of Information & Regulatory Affairs, Unified Agenda of Regulatory and Deregulatory Actions (Spring 2021), RIN 1125-AB19, https://perma.cc/EK6F-8TVM.

3.      In December 2021, the Office of Management and Budget, Office of Information and Regulatory Affairs released the Fall 2021 Unified Agenda of Regulatory and Deregulatory Actions ("Fall 2021 Unified Agenda"). The Fall 2021 Unified Agenda Unified Agenda contained an entry relating to the Final Rule, which stated that DOJ "proposes to rescind or modify various portions of the [Final Rule]" and hoped to publish a Notice of Proposed Rulemaking ("NPRM") to that effect in May 2022. *See* Office of Management & Budget, Office of Information & Regulatory Affairs, Unified Agenda of Regulatory and Deregulatory Actions (Fall 2021), RIN 1125-AB19, https://perma.cc/688Q-PJLV.

4.      In light of this Court's January 18, 2021 Memorandum Opinion and Order, ECF No. 34, staying the effective date of the Final Rule with respect to six identified fees, *see* ECF No. 34 at 35, and preliminarily enjoining defendants from "implementing or enforcing the [six identified] fees pending final adjudication of this action"; the EO, and the actions taken by defendants consistent with the EO; and in the interests of judicial economy, the parties have conferred and agreed to request jointly that the Court continue to stay this case and hold all proceedings in abeyance to allow for further regulatory development related to the Final Rule.

5.      Additionally, the parties jointly request that, should the case continue to be stayed to allow for further regulatory development related to the Final Rule, the parties be permitted to

file a joint status report by the earlier of June 30, 2022, or within two weeks of defendants publishing in the Federal Register a notice of proposed rulemaking regarding a proposed new fee rule, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: February 15, 2022

Respectfully submitted,

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|
| /s/ *Vladimir J. Semendyai* | BRIAN M. BOYNTON |
| Vladimir J. Semendyai | Acting Assistant Attorney General |
| | |
| Richard W. Mark (*pro hac vice*) | BRIGHAM J. BOWEN |
| Joseph Evall (*pro hac vice*) | Assistant Branch Director |
| Katherine Marquart (D.C. Bar No. 1044618) | Federal Programs Branch |
| Laura C. Mumm | |
| (D.C. Bar No. 1032245) | /s/ *Julie Straus Harris* |
| Alexandra Perloff-Giles (*pro hac vice*) | JULIE STRAUS HARRIS |
| GIBSON, DUNN & CRUTCHER LLP | DC Bar No. 1021298 |
| 200 Park Avenue | Senior Trial Counsel |
| New York, NY 10166-0193 | |
| Tel: (212) 351-4000 | JAMES R. POWERS |
| Fax: (212) 351-4035 | TX Bar No. 24092989 |
| rmark@gibsondunn.com | Trial Attorney |
| jevall@gibsondunn.com | |
| kmarquart@gibsondunn.com | U.S. Department of Justice |
| lmumm@gibsondunn.com | Civil Division, Federal Programs Branch |
| aperloff-giles@gibsondunn.com | 1100 L Street NW |
| | Washington, DC 20530 |
| | Tel: (202) 353-7633 |
| | Fax: (202) 616-8470 |
| | Email: julie.strausharris@usdoj.gov |
| Vladimir J. Semendyai | |
| (D.C. Bar No. 1044217) | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1050 Connecticut Avenue, N.W. | |
| Washington, DC 20036 | |
| Tel: (202) 955-8500 | |
| Fax: (202) 467-0539 | |
| vsemendyai@gibsondunn.com | |

Robin Goldfaden (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
goldfaden@nilc.org

Michelle Lapointe (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 247
Decatur, GA 30031
Tel: (213) 279-2508
Fax: (213) 639-3911
lapointe@nilc.org

Katherine Melloy Goettel (*pro hac vice*)
Emma Winger (*pro hac vice*)
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Tel: (202) 507-7512
Fax: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org