**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 20-cv-03812 (APM) |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 74, Plaintiffs' Motion for Summary Judgment, ECF No. 56, is granted in part and denied in part. Defendants' Cross-Motion for Summary Judgment, ECF No. 57, is granted in part and denied in part. The court vacates the Final Rule as to the six fee increases enumerated in the Memorandum Opinion.

This is a final, appealable order.

Dated:  March 30, 2026

Amit P. Mehta
United States District Judge